United States District Court
Southern District of Texas
**ENTERED**
December 09, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 6:22-CR-00095-3 |
| | § | |
| BERNICE ANNETTE GARZA | § | |

**ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL**

The pending motion to substitute counsel (Doc. No. 245) has been referred to the undersigned for review and action. The motion is GRANTED. Attorney Randall Barrera SUBSTITUTED as attorney of record and is designated as lead counsel for defendant Bernice Annette Garza. Attorney Joseph Ronald Barroso's representation of Defendant is TERMINATED and he is discharged from any further responsibility in this case.

ORDERED on December 9, 2024.

_____
MITCHEL NEUROCK
United States Magistrate Judge