UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*

Bernice Annette Garza

Case Number: 6:22−cr−00095

## Notice of Resetting

**A proceeding has been reset in this case as to Bernice Annette Garza as set forth below.**

**BEFORE:**
**Judge Drew B Tipton**

**LOCATION:**
4th Floor Courtroom
Martin Luther King, Jr., Federal Building
312 S. Main
Victoria, TX 77901

**DATE:** 4/30/2025

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Sentencing

Motions to Continue are due by 4/25/2024.

Date:   March 25, 2025                                                  Nathan Ochsner, Clerk