UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*

Bernice Annette Garza

Case Number: 6:22−cr−00095

## Notice of Resetting

**A proceeding has been reset in this case as to Bernice Annette Garza as set forth below.**

**BEFORE:**
**Judge Drew B Tipton**

**LOCATION:**
4th Floor Courtroom
Martin Luther King, Jr., Federal Building
312 S. Main
Victoria, TX 77901

**DATE:** 7/21/2025

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Sentencing

Motions to Continue must be filed by 7/17/2025.

Date:   July 2, 2025                              Nathan Ochsner, Clerk