UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal Case 6:22−cr−00095 |
| | § | |
| Bernice Annette Garza, et al. | § | |

# Notice of Reassignment

By agreement of the judges, this case is reassigned to the docket of United States District Judge Nelva Gonzales Ramos. Deadlines in scheduling orders remain in effect, and all court settings are vacated

Date: July 25, 2025

Nathan Ochsner, Clerk