# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                                              Case Number: 6:22−cr−00095

Bernice Annette Garza

---

## Notice of Resetting

**A proceeding has been reset in this case as to Bernice Annette Garza as set forth below.**

**BEFORE:**
**Judge Nelva Gonzales Ramos**

**LOCATION:**
Martin Luther King, Jr., Federal Building
312 S. Main
Victoria, TX 77901
**DATE:** 9/23/2025

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Sentencing
Applicable defendant(s) required to be present at the hearing.

---

Date:   July 25, 2025                                      Nathan Ochsner, Clerk