Case 6:22-cr-00095    Document 263    Filed on 08/27/25 in TXSD    Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 27, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 6:22CR95-03 |
| § | |
| BERNICE ANNETTE GARZA § | |

### ORDER

On August 20, 2025, the Court entered a Petition for Action on Conditions of Pretrial Release (D.E. 262) and issued an arrest warrant. The Court hereby WITHDRAWS the arrest warrant issued on August 20, 2025.

The Court ORDERS that the Clerk of the Court issue a summons setting a Show Cause Hearing on **September 11, 2025 at 10:30 a.m.** before Magistrate Judge Jason B. Libby.

The Court further ORDERS that the Clerk of the Court provide a copy of this order to the United States Marshals Service.

SIGNED and ORDERED this 27th day of August, 2025.

Nelva Gonzales Ramos
United States District Judge