AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Bernice Annette Garza<br><br>*Defendant* | )<br>)<br>)<br>) Case No. 6:22-CR-95-003<br>)<br>)<br>) |

U.S. MARSHAL SERVICE
RECEIVED
2025 AUG 27 PM 12:06
CORPUS CHRISTI, TEXAS
SOUTHERN DISTRICT

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☑ Order of Court

| Place: Show Cause Hearing before<br>U.S. Magistrate Judge Jason B. Libby | Courtroom No.: |
|---|---|
| | Date and Time: 09/11/2025 10:30 am |

This offense is briefly described as follows:

See Attached Order.

Date: 08/27/2025

*Issuing officer's signature*

Kathie Calderon Deputy Clerk/ Nathan Ochsner Clerk to Court
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: 8-27-2025

*Server's signature*

P. Lozano  DUSM
*Printed name and title*

Case No. 6:22-CR-95-003

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

**INFORMATION FOR SERVICE**

Name of defendant/offender: _____

Last known residence: _____

Usual place of abode *(if different from residence address)*: _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

**PROOF OF SERVICE**

This summons was received by me on *(date)* 8-27-2025.

☑ I personally served the summons on this defendant Pernice Garza at *(place)* 1133 N Shoreline Dr Corpus Christi Tx on *(date)* 8-27-2025 ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____, who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____.

I declare under penalty of perjury that this information is true.

Date returned: 8-27-2025

Server's signature

F. Lozano  DUSM
*Printed name and title*

Remarks: