United States District Court
Southern District of Texas
**ENTERED**
September 04, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 6:22CR95-3 |
| | § | |
| Bernice Annette Garza | § | |

## **ORDER**

On July 16, 2024, Defendant filed objections to the Presentence Investigation Report (D.E. 221). The Government failed to file a response by the deadline set forth in the Sentencing Order (D.E. 212). The final Presentence Investigation Report has been filed indicating that the objections remain (D.E. 222-224). The Government is ORDERED to file a response to the objections or a statement indicating the objections are agreed to no later than **September 9, 2025**.

SIGNED and ORDERED this  4th  day of September, 2025.

_____
**NELVA GONZALES RAMOS**
**UNITED STATES DISTRICT JUDGE**