United States District Court
Southern District of Texas

**ENTERED**
October 23, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT OFFICE    SOUTHERN DISTRICT OF TEXAS

The United States of America,

Plaintiff,

Versus                                Criminal No. 6:22CR00095-003

BERNICE ANNETTE GARZA

(35610-510)

Defendant

## ORDER TO SURRENDER

Having been sentenced to the custody of the Attorney General,

BERNICE ANNETTE GARZA

is ordered to surrender by 2:00 PM on November 6, 2025, at

Federal Prison Camp Bryan

1100 Ursuline Avenue

Bryan, TX 77803

(979) 823-1879

Signed on ___October 22, 2025___, at Corpus Christi, Texas.

_Nelva Gonzales Ramos_
United States District Judge